IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CHADD SHAW, | : | |
| Petitioner | : | |
| VS. | : | |
| Warden DONALD BARROW, | : | NO. 7:09-CV-144 (HL) |
| Respondent | : | **O R D E R** |

Petitioner **CHADD SHAW** has filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254.  He now moves, before service, for voluntary dismissal of this action.

Under Rule 41 of the Federal Rules of Civil Procedure, a petitioner has the absolute right to dismiss his action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment."  Respondent has not yet served an answer or other responsive pleading.  Accordingly, petitioner's motion to dismiss is hereby **GRANTED** and the above-captioned action is deemed **DISMISSED** without prejudice.

**SO ORDERED**, this 11th day of January, 2010.

*s/  Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr